NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES ANDREW ROWAN,  )
                       )
          Appellant,   )
                       )
v.                     )          Case No. 2D16-5285
                       )
STATE OF FLORIDA,      )
                       )
          Appellee.    )
_____)


Opinion filed August 31, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Charles Andrew Rowan, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.